Lix, Inc. et al., Appellants, *v.* Duquesne
Light Co.

Argued April 12, 1973. *Loyal H. Gregg* and *Cosmos J. Reale,* with them *Jones, Gregg, Creehan & Gerace,* and *Murovich, Reale and Fossee,* for appel-

lants; *Robert E. Wayman*, with him *Wayman, Irvin, Trushel & McAuley*, for appellee.

Judgments affirmed.